UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

BENJAMIN HYUN-KI FIELDER,

Defendant.
_____/

Case: 4:21-cr-20564
Judge: Davis, Stephanie Dawkins
MJ: Ivy, Curtis
Filed: 09-01-2021
INDI USA v. Benjamin Hyun-Ki Fielder (tt)

Violations:
18 U.S.C. § 2422(b)

## INDICTMENT

FILED
SEP 01 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 2422(b) – Attempted Enticement of a Minor to Engage in Criminal Sexual Activity

1. On or about August 9, 2021, in the Eastern District of Michigan, Benjamin Hyun-Ki Fielder, using a facility and means of interstate and foreign commerce, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 2428 and 28 U.S.C. § 2461

2. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2428 and 28 U.S.C. § 2461.

3. Upon conviction of the offense charged in Count One of the Indictment, defendant shall, pursuant to Title 18, United States Code, Section 2428, and Title 28, United States Code, Section 2461, forfeit to the United States the following:

   a. Any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense or any property traceable to such property; and,

   b. Any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly as a result of such offense.

4. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred to, sold to, or deposited with a third party;

   c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Chief, Branch Offices

*s/William Valliencourt, AUSA for Ann Nee*
WILLIAM VALLIENCOURT, AUSA for ANN NEE
Assistant United States Attorney

Dated: 9-1-2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 4:21-cr-20564<br>Judge: Davis, Stephanie Dawkins<br>MJ: Ivy, Curtis<br>Filed: 09-01-2021<br>INDI USA v. Benjamin Hyun-Ki Fielder (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it a...

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials: AN** |

**Case Title:** USA v. Benjamin Hyun-Ki Fielder

**County where offense occurred:** Shiawassee

**Offense Type:** Felony

Indictment – based upon prior complaint [**Case number:** 21-mj-30390]

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

September 1, 2021
Date

*s/ William Valliencourt, AUSA for Ann Nee*

William Valliencourt, AUSA for Ann Nee
Assistant United States Attorney
600 Church Street
Flint, MI 48502
ann.nee@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.