UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 21-cr-20564 |
| Plaintiff, | Hon. F. Kay Behm |
| v. | Violations: |
| BENJAMIN HYUN-KI FIELDER, | 18 U.S.C. § 2425 |
| Defendant. | |

**FIRST SUPERSEDING INFORMATION**

THE U.S. ATTORNEY CHARGES:

**COUNT ONE**
**18 U.S.C. § 2425 – Attempted Use of Interstate Facilities to Transmit Information About a Minor for Criminal Sexual Activity**

1. On or about August 9, 2021, in the Eastern District of Michigan and elsewhere, Benjamin Hyun-Ki Fielder, using a facility and means of interstate and foreign commerce, knowingly initiated the transmission of the telephone number of another individual, knowing that such other individual had not attained the age of 16 years, with the intent to entice, encourage, offer, and solicit a person to engage in sexual activity for which any person can be charged with a criminal offense, that is, Michigan Compiled Laws 750.520d(1)(a) and 18 U.S.C. § 2422(b), and attempted to do so.

All in violation of Title 18, United States Code, Section 2425.

## COUNT TWO
### 18 U.S.C. § 2425 – Attempted Use of Interstate Facilities to Transmit Information About a Minor for Criminal Sexual Activity

2. On or about August 9, 2021, in the Eastern District of Michigan and elsewhere, Benjamin Hyun-Ki Fielder, using a facility and means of interstate and foreign commerce, knowingly initiated the transmission of the address of another individual, knowing that such other individual had not attained the age of 16 years, with the intent to entice, encourage, offer, and solicit a person to engage in sexual activity for which any person can be charged with a criminal offense, that is, Michigan Compiled Laws 750.520d(1)(a) and 18 U.S.C. § 2422(b), and attempted to do so.

All in violation of Title 18, United States Code, Section 2425.

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 2428 and 28 U.S.C. § 2461

1. The allegations contained in Counts One and Two of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2428 and 28 U.S.C. § 2461.

2. Upon conviction of the offense charged in Counts One or Two of the Information, defendant shall, pursuant to Title 18, United States Code, Section 2428, and Title 28, United States Code, Section 2461, forfeit to the United States the following:

  a. Any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense or any property traceable to such property; and,

  b. Any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly as a result of such offense.

3. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

  a. Cannot be located upon the exercise of due diligence;

  b. Has been transferred to, sold to, or deposited with a third party;

  c. Has been placed beyond the jurisdiction of the Court;

  d. Has been substantially diminished in value; or

  e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

Dated: June 1, 2023

DAWN N. ISON
United States Attorney

 *s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

 *s/Ann Nee*
ANN NEE
Assistant United States Attorney

 *s/Timothy Turkelson*
TIMOTHY TURKELSON
Assistant United States Attorney

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number:<br>21-cr-20564 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** AN |

**Case Title:** USA v. Benjamin Hyun-Ki Fielder

**County where offense occurred:** Shiawassee

**Offense Type:** Felony

Information -- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 21-cr-20564          **Judge:** F. Kay Behm

**Reason:**

Involves, for plea purposes, different charges or adds counts.

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Benjamin Hyun-Ki Fielder | 18 U.S.C. § 2425 | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

June 1, 2023
Date

*s/Ann Nee*

Ann Nee
Assistant United States Attorney
600 Church Street
Flint, MI 48502
ann.nee@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.